**TCL CORPORATION, TCL Communication Technology Holdings Limited, TCT Mobile Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., Appellants**

v.

**TELEFONAKTIEBOLAGET LM ERICSSON, Appellee**

2017-1650
2017-1651
2017-1653

United States Court of Appeals, Federal Circuit.

March 13, 2018

William R. Peterson, Morgan, Lewis & Bockius LLP, Houston, TX, argued for appellants. Also represented by Jacob Snodgrass, Washington, DC.

J. Andrew Lowes, Haynes & Boone, LLP, Richardson, TX, argued for appellee. Also represented by Clint S. Wilkins; Debra Janece McComas, Dallas, TX.

(Prost, Chief Judge, Clevenger and Linn, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**